UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JOHN IRWIN, | : | Bankruptcy No. 10-14407 (ELF) |
| Debtor. | : | |
| In re: | : | Chapter 11 |
| JACKLIN ASSOCIATES, INC., | : | Bankruptcy No. 10-14408 (ELF) |
| Debtor. | : | (Jointly Administered) |

ORDER PURSUANT TO SECTION 1121(d) OF THE
BANKRUPTCY CODE EXTENDING DEBTORS' EXCLUSIVE PERIODS
WITHIN WHICH TO FILE AND SOLICIT ACCEPTANCES OF A PLAN

AND NOW, this 22d day of Sept, 2010, upon consideration of the

*Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section*

*1121(d) of the Bankruptcy Code Extending Debtors' Exclusive Periods Within Which to File and*

*Solicit Acceptances of a Plan* (the "Motion")[1] of the above-captioned debtors and debtors-in-

possession (collectively, the "Debtors") and it appearing that proper notice of the Motion has

been given and that no further notice or hearing is required, and the Court having found that:  (a)

it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and

1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue is properly

before this Court; (d) the relief requested in the Motion is in the best interests of the Debtors,

their estates and their creditors; (e) proper and adequate notice of the Motion and the hearing

---

[1]   Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

PHIL1 1198394-3

thereon has been given and that no other or further notice is necessary; and (f) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby

ORDERED, that Motion is GRANTED; and it is further

ORDERED, that the Debtors' exclusive periods for filing a plan of reorganization are extended through and including January 23, 2011; and it is further

ORDERED, that the Debtors' exclusive periods for soliciting acceptances of a plan of liquidation are extended through and including March 23, 2011; and it is further

ORDERED, that the entry of this Order is without prejudice to (a) the Debtors' right to seek such additional and further extensions of the Exclusive Periods as may be necessary or appropriate; or (b) any party-in-interest's right to seek to reduce the Exclusive Periods for cause in accordance with section 1121(d) of the Bankruptcy Code.

ERIC L. FRANK,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Jeffrey Kurtzman, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

Maureen Steady, Esquire
12000 Lincoln Drive, Suite 208
Marlton, NJ  08053

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

2

PHIL1 1198394-3

Henry I. Pass, Esquire
401 East City Avenue
Bala Cynwyd, PA  19004

Jeffrey M. Carbino, Esquire
Thorp Reed & Armstrong, LLP
2005 Market Street, Suite 1000
One Commerce Square
Philadelphia, PA  19103

Chandra M. Arkema, Esquire
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003

Kurt Althouse, Esquire
Bingaman Hess Coblentz & Bell, P.C.
Treeview Corporate Center, Suite 100
2 Meridian Blvd.
Wyomissing, PA  19610

Derek J. Baker, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103