UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| JOHN IRWIN, | Bankruptcy No. 10-14407(ELF) |
| Debtor. | |
| In re: | Chapter 11 |
| JACKLIN ASSOCIATES, INC., | Bankruptcy No. 10-14408 (ELF) |
| Debtor. | (Jointly Administered) |

### JOINT SUPPLEMENTAL AFFIDAVIT OF JEFFREY KURTZMAN, ESQUIRE AND MAUREEN P. STEADY, ESQUIRE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014

Jeffrey Kurtzman, Esquire and Maureen P. Steady, Esquire hereby declare that the following is true to the best of their knowledge, information and belief:

1. Jeffrey Kurtzman is a partner in the law firm of Klehr Harrison Harvey Branzburg LLP, counsel to debtor John Irwin ("Irwin"). Maureen P. Steady is counsel to debtor Jacklin Associates, Inc. ("Jacklin"). Irwin owns the majority of the equity security interests of Jacklin. The respective Chapter 11 cases of Irwin and Jacklin are pending before this Court and are being jointly administered.

2. In connection with their respective applications for orders authorizing their retentions by Irwin and Jacklin filed at the commencement of these Chapter 11 cases, Mr. Kurtzman and Ms. Steady submitted affidavits of disinterestedness pursuant to Federal Rule of Bankruptcy Procedure 2014 setting forth their respective connections with the debtors, their creditors, other parties in interest and their respective attorneys and accountants.

PHIL1 1438965-1

3. The purpose of this affidavit is to supplement the original affidavits of disinterestedness with reference to developments occurring since their submissions.

4. Specifically, Mr. Kurtzman and Ms. Steady intend to wed on March 31, 2011 and thereby enter into a relationship which they trust will extend well beyond the confirmation of a plan of reorganization in these Chapter 11 cases. While Mr. Kurtzman and Ms. Steady have known one another for many years in the role of colleagues and, indeed, as adversaries (which should serve them well in the institution of marriage), their current status did not exist as of the commencement of these cases.

5. Mr. Kurtzman and Ms. Steady will supplement this affidavit and the information contained herein to the extent warranted under the Federal Rules of Bankruptcy Procedure, but sincerely hope that no further updates are necessary.

_____
Jeffrey Kurtzman

Sworn to and subscribed
before me this 24 day
of March, 2011.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2013

_____
Maureen P. Steady

Sworn to and subscribed
before me this 24th day
of March, 2011.

_____
Notary Public / Attorney-At-Law

2

PHIL1 1438965-1