# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHN IRWIN, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 10-14407 ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion for a Declaration that the Automatic Stay Does Not Apply and for Relief from the Stay, filed by of Marion A. Hecht, Receiver ("the Receiver"), and the responses thereto, and after a hearing, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The automatic stay **DOES NOT APPLY** to the claims described in the Memorandum that the Receiver proposes to assert against Lucy Irwin (in her individual capacity and not as a tenant by the entireties), Karen McAteer, Nancy Phillips and Carole Sander (collectively, "the Non-Debtor Targets") in order to recover property the Debtor allegedly transferred to them.

3. Notwithstanding Paragraph 2 and by agreement of the Receiver, absent further order of this court, the Receiver shall not assert any claim against the Non-Debtor Targets that a transfer from the Debtor to any of them is avoidable under 12 Pa. C.S. §§5101-5110.

4. In all other respects, the Motion is **DENIED**.

Date:  September 15, 2011

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**